1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

United States Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

KENNETH  KENDRYNA,                    )
                                                              )   CIVIL NO. C07-5703RBL
            Plaintiff,                                    )
                                                              )   ORDER   FOR   EXTENSION   OF
vs.                                                          )   TIME TO FILE OPENING BRIEF
                                                              )
MICHAEL J. ASTRUE,                       )
Commissioner of Social Security,       )
                                                              )
            Defendant.                               )

        Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

        ORDERED that Plaintiff's Opening Brief shall be filed on or before May 20, 2008,

Defendant's Answering Brief shall be filed on or before June 19, 2008, and Plaintiff's

Reply Brief shall be filed on or before July 3, 2008.

        DATED this 7th day of May, 2008.

                                            _/s/ J. Kelley Arnold_____
                                            J. Kelley Arnold
                                            United States Magistrate Judge

Presented by:

S/EITAN KASSEL YANICH

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S  BRIEF- [C07-5703RBL] - 1

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226

1   EITAN KASSEL YANICH, WSBA #13690
    Attorney for Plaintiff
2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S  BRIEF- [C07-5703RBL] - 1

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226