UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH KENDRYNA, | Civil No. C07-5703RBL-JKA |
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION OF TIME |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on the Stipulation between the parties, it is hereby ORDERED that Defendant shall have up to and including July 18, 2008, to file Defendant's responsive brief, and Plaintiff shall have up to and including August 2, 2008, to file a reply brief.

DATED this 19th day of June, 2008.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Page 1      ORDER - [C07-5703RBL]

Presented by:

s/ RICHARD A. MORRIS
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2156
FAX:  (206) 615-2531
rick.morris@ssa.gov

Page 2        ORDER - [C07-5703RBL]