# United States District Court

WESTERN DISTRICT OF WASHINGTON

KENNETH KENDRYNA

        v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5703RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation.

2. And the matter is REMANDED to the administration for further consideration.

    March 6, 2009                      BRUCE RIFKIN
                                               Clerk

                                        Jennie L. Patton
                                          Deputy Clerk