# United States District Court
**WESTERN DISTRICT OF WASHINGTON**

KENNETH KENDRYNA,

       Plaintiff,

  v.

MICHAEL J. ASTRUE,

       Defendant.

JUDGMENT IN A CIVIL CASE
**ON ATTORNEY FEES**

CASE NUMBER: C07-5703RBL

[ √ ] **Decision by Court.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's attorney, Eitan Kassel Yanich, is hereby awarded EAJA fees of $5257.23 and expenses in the sum of $25.82, pursuant to 28 U.S.C. §2412, payable from the Judgment fund pursuant to 31 U.S.C. §1304.

*DATED:* May 13, 2009

                                          BRUCE RIFKIN
                                      *Clerk*

                                       /s/ Jean Boring
                                  *(By) Deputy Clerk*, Jean Boring